IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TIMOTHY W. WALKER,

                                                                               ORDER

        Plaintiff,

                                                                             12-cv-692-bbc

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Dana Duncan has moved to withdraw as counsel for plaintiff Timothy H. Walker, alleging that he has not been able to communicate with plaintiff, despite his efforts to do so.

        Before ruling on the motion to withdraw, I will make an effort to set up a telephone conference with plaintiff and his counsel. Mr. Duncan is to notify the court of plaintiff's last known address and telephone number so that I can advise plaintiff that the motion to withdraw will be granted unless he participates in the telephone conference and shows good cause why Mr. Duncan should not be relieved of his responsibility to represent plaintiff in the future.

        Entered this 22d day of September, 2014.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge