IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TIMOTHY WALKER,

                                       ORDER

            Plaintiff,

                                      12-cv-692-bbc

    v.

CAROLYN COLVIN,
Acting Commissioner of Social Security,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on September 22, 2014, I directed plaintiff's counsel to notify the court of plaintiff's address and telephone number, so that the court could set up a conference with plaintiff and his counsel to discuss counsel's request to withdraw as counsel for plaintiff. Counsel has not responded to the order. He is directed to do so no later than October 15, 2014.

      Entered this 9th day of October, 2014.

                                                     BY THE COURT:
                                                     /s/
                                                     BARBARA B. CRABB
                                                     District Judge