IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TIMOTHY WALKER,

                         ORDER

          Plaintiff,

                         12-cv-692-bbc

    v.

CAROLYN COLVIN,
Acting Commissioner of Social Security,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Dana Duncan has moved to withdraw from his representation of plaintiff Timothy Walker in this case. Mr. Duncan has advised the court that he has attempted to contact plaintiff Walker about the status of the case and that plaintiff has not responded. Counsel also requests that the briefing in this case be stayed pending a decision on the motion to withdraw.

      Before I grant counsel's motion to withdraw, I will give the plaintiff until November 10, 2014, to object to counsel's motion and to advise the court whether he intends to obtain new counsel or proceed on the case without counsel. If plaintiff does not make a showing that his counsel's motion should be denied, I will grant Mr. Duncan's motion to withdraw. If plaintiff does not respond at all, I will grant the motion to withdraw <u>and</u> dismiss the case. In the meantime, I will stay briefing in the case.

ORDER

IT IS ORDERED that plaintiff Timothy Walker may have until November 10, 2014, in which to advise the court in writing of his objection to the motion filed by counsel to withdraw and to advise the court of his plans to pursue his case. Any such objection should be mailed to the Clerk of Court, Western District of Wisconsin, 120 North Henry Street, Madison, WI 53703. If plaintiff does not respond by November 10, 2014, I will grant counsel's motion to withdraw and dismiss the case.

The briefing schedule is stayed pending a decision on the motion to withdraw.

Entered this 9th day of October, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge