IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY WALKER,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   Case No. 12-cv-692-bbc

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting attorney Dana Duncan's motion to withdraw as counsel for plaintiff Timothy Walker and dismissing this case with prejudice.

| s/V./ Olmo, Deputy Clerk | 11/13/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |